NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL WESLEY, SR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7019

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-1640, Judge Mary J. Schoelen.

---

**ON MOTION**

---

## O R D E R

Eric K. Shinseki, Secretary of Veterans Affairs, moves out of time without opposition for a 21-day extension of time, until January 31, 2014, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                          WESLEY v. SHINSEKI

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21